UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE

CIVIL ACTION NO. 7:08-74-KKC

PAUL G. SMITH                                                                                              PLAINTIFF

v.                                              **JUDGMENT**

MICHAEL ASTRUE,
*Commissioner of Social Security*                                                          DEFENDANT

\* \* \* \* \* \* \*

In compliance with Federal Rule of Civil Procedure 58 and sentence four of 42 U.S.C. § 405(g), it is HEREBY ORDERED that:

(1) Plaintiff's motion for Summary Judgment is DENIED insofar as it challenges the ALJ's third finding;

(2) Plaintiff's motion for Summary Judgment is GRANTED insofar as it challenges the ALJ's fourth finding, and the ALJ's fourth finding is REVERSED;

(3) Defendant's motion for Summary Judgment is GRANTED insofar as it supports the ALJ's third finding;

(4) Defendant's motion for Summary Judgment is DENIED insofar as it supports the ALJ's fourth finding; and

(5) This case is REMANDED to the ALJ for completion of the disability determination in accordance with this opinion.

(6) This is a final and appealable order and no just cause for delay exists.

Dated this 24th day of June, 2009.



**Signed By:**
*Karen K. Caldwell* KKC
**United States District Judge**